**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6692

RODERICK ENGLISH,

Plaintiff – Appellant,

v.

DOCTOR BEVERLY A. WOOD; DONIKIAS GRAY; COUNSELORS MADDOX;
WILLIAM R. BYARS, JR.; DOCTOR NOCHO PEREZ; ASHLEY SHARMANE
WASHINGTON; DOCTOR  FERLUATO,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Aiken.   Joseph F. Anderson, Jr., District
Judge.  (1:13-cv-02677-JFA)

Submitted:  July 24, 2014            Decided:  July 29, 2014

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Roderick Jerome English, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roderick Jerome English appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. English v. Wood, No. 1:13-cv-02677-JFA (D.S.C. Apr. 1, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED